**Filed**

DEC 1 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JESSE HERNANDEZ,   No. C 13-05080 EJD (PR)

Plaintiff.   ORDER OF DISMISSAL

_____/

On November 1, 2013, Plaintiff, a state prisoner proceeding pro se, filed a letter with this Court which was construed as an attempt to file a civil action. (Docket No. 1.) On the same day, the Clerk sent Plaintiff notices informing him that he must submit a proper complaint and pay the filing fee or file an In Forma Pauperis application within twenty-eight days to avoid dismissal of the action. (Docket Nos. 2 and 3.) Plaintiff has filed a letter requesting dismissal of this action. (Docket No. 5.) A plaintiff may voluntarily dismiss his complaint without an order of this Court upon filing of "a notice of dismissal before the opposing party serves either an answer or motion for summary judgment." See Fed. R. Civ. P. 41(a)(1)(A). Because no opposing party has been served, Plaintiff's request for dismissal is construed as a "notice of dismissal."

Order of Dismissal
G:\PRO-SE\EJD\CR.13\05080Herndandez_dsm.wpd

Accordingly, this action is **DISMISSED**. The Clerk of the Court shall terminate all pending motions and deadlines and close the file.

DATED: 12/10/13

EDWARD J. DAVILA
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JESSE HERNANDEZ,

Plaintiff.

Case Number CV 13-05080 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/11/13, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Jesse Hernandez**
K-21116
San Quentin State Prison
San Quentin, CA 94974

DATED: 12/11/13

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk